IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUSTIN I. BROWN : | |
| : | |
| Petitioner(s) : | |
| : | Case Number: 1:03-cv-00449 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| ANTHONY BRIGANO : | |
| : | |
| Respondent(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is correct. Accordingly, the Court DENIES WITH PREJUDICE Petitioner's Petition for a Writ of Habeas Corpus (doc. 1), FINDS that a certificate of appealability should not issue with respect to either claim in Petitioner's petition because jurists of reason would not find it debatable whether this Court is correct in its procedural ruling" under the first prong of the applicable two-part standard enunciated in Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).  Finally, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that with respect to any application by Petitioner to proceed on appeal in forma pauperis, an appeal of this Order would not be taken in good faith and therefore the Court DENIES Petitioner leave to appeal in forma pauperis upon a showing of financial necessity. Fed. R. App. P. 24(a); Kincade v.Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

9/20/05                                                James Bonini, Clerk

                                                   s/Kevin Moser
                                                   Kevin Moser
                                                   Deputy Clerk